# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00086-CV

**Household Finance Corp. III, Appellant**

**v.**

**Femi S. Onabajo and Christy Alfred Onabajo, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-12-009421, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Household Finance Corp. III has notified this Court that it no longer wishes to pursue its appeal and has filed a motion to dismiss. Appellees Femi S. Onabajo and Christy Alfred Onabajo have not objected or otherwise responded to the motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Jeff Rose, Justice

Before Justices Puryear, Rose, and Goodwin

Dismissed on Appellant's Motion

Filed:   July 18, 2013